

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-18-00447-CR

Raul Daniel **NORRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9017
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The court reporter's record was due October 10, 2018, but was not filed. On the due date, the reporter, Ms. Minnie Cadena, filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the reporter's fee for preparing the record. Appellant has retained appellate counsel.

Accordingly, we **ORDER** appellant to provide written proof to this court **on or before October 22, 2018** that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. **If appellant fails to respond within the time provided, appellant's brief will be due in this court on or before November 13, 2018, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision.** *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court